

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4-17CR187-Y |
| v. | |
| DAVID ALLEN DEVANEY, JR. (01) | |

INDICTMENT



The Grand Jury charges:

## Count One
### Felon in Possession of a Firearm
### (Violation of 18 U.S.C. § 922(g)(1))

On or about February 6, 2017, in the Fort Worth Division of the Northern District of Texas, defendant **David Allen Devaney, Jr.**, being a person who had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is, a felony, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: one Sturm, Ruger, and Co. Inc. model LCP pistol, .380 caliber, serial number 371427678.

In violation of 18 U.S.C. § 922(g)(1), the penalty for which is found at 18 U.S.C. § 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **David Allen Devaney, Jr.** shall forfeit to the United States of America any firearm and ammunition involved in the commission of the respective offense, including but not limited to the following: one Sturm, Ruger, and Co. Inc. model LCP pistol, .380 caliber, serial number 371427678, and any ammunition recovered with this weapon.

A TRUE BILL.

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
CHRISTOPHER R. WOLFE
Assistant United States Attorney
Texas State Bar No. 24008294
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

DAVID ALLEN DEVANEY, JR.   (01)

INDICTMENT

18 U.S.C. § 922(g)(1)
Felon in Possession of a Firearm
1 Count

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture

A true bill rendered

FORT WORTH                                                           FOREPERSON

Filed in open court this 20th day of September, 2017.

**Warrant to Issue.**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:   4:17-MJ-604-BJ