**UNITED STATES DISTRICT COURT**
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**



UNITED STATES OF AMERICA )
                                   )
       v.                     )     Case No. 4:17-CR-00187-Y(1)
                                 )
DAVID ALLEN DEVANEY   )
                                 )

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 6 2018
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## Report of Violation of Conditions of Pretrial Release

COMES NOW L. Jaime Espinosa, Senior U.S. Probation Officer, presenting a report to the court upon the conduct of defendant, David Allen Devaney, who was placed on pretrial release supervision by the Honorable Magistrate Jeffrey L. Cureton sitting in the court at Fort Worth, Texas, on December 18, 2017, under the following conditions:

(1) The defendant must not violate any federal, state or local law while on release.

(7m) The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

On May 14, 2018, the defendant submitted a random urine sample which tested positive for amphetamine. This officer was notified of the results on May 17, 2018. On that same date, the defendant verbally and in writing, admitted to using methamphetamine on or about May 12, and May 16, 2018 after being confronted about his illegal drug use.

On May, 25, 2018, the defendant submitted a random urine sample which tested positive for amphetamine. The defendant denied any illegal drug usage after May 16, 2018.

The undersigned suggest to the court that a summons be issued and the defendant appears before a judge of this court to determine whether the defendant's conditions of pretrial release should be revoked.

I declare under penalty of perjury that the foregoing is
true and correct.

Executed on June 5, 2018                            Approved,

s/L Jaime Espinosa                                  s/Cecilio Bustamante
  Senior U.S. Probation Officer                      Supervising U.S. Probation Officer
  Ft Worth                                            214-753-2506
  817-900-1859
  Fax: 817-978-3726

## Order

Having considered the report of the Probation Office pertaining to possible violations by defendant, David Allen Devaney, of his/her conditions of pretrial release, the court ORDERS that:

☐ No action be taken.

☐ The Order Setting Conditions of Release is modified to include the following:

☒ A summons be issued and the defendant appear before a judge of this court to determine whether his/her conditions of pretrial release should be revoked.

☐ A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

☐ The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

☐ File under seal until further order of the Court.

_Hal R. Ray, Jr._
~~Jeffrey L. Cureton,~~ Hal R. Ray, Jr.
U.S. Magistrate Judge

6-6-18
Date