ORIGINAL

IN THE UNITED SATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP - 6 2018

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 4:17-CR-187-Y<br>[Supersedes Indictment returned on<br>September 20, 2017] |
| DAVID ALLEN DEVANEY, JR. (01) | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

### Count One
### Conspiracy to Distribute a Controlled Substance
### (Violation of 18 U.S.C. § 371)

1.   Beginning in or around February 2017, the exact date being unknown, and continuing thereafter until in or around July 2018, in the Northern District of Texas, and elsewhere, defendant **David Allen Devaney, Jr.**, and others, did knowingly and intentionally combine, conspire, confederate, and agree to commit the following offense against the United States, to wit: distribution of GHB, a Schedule I Controlled Substance, and methamphetamine, a Schedule II Controlled Substance.

### Manner and Means of the Conspiracy

2.   It was part of the conspiracy that:

   a. Devaney would purchase gallon quantities of GHB and multi-ounce quantities of methamphetamine from sources in the Northern District of Texas; and

   b. Devaney and others would then distribute the GHB and methamphetamine to other users and distributors throughout the Northern District of Texas and elsewhere.

## Overt Acts in Furtherance of the Conspiracy

3.  In furtherance of the conspiracy and to achieve the objects thereof, the defendant, David Allen Devaney, Jr., and other persons, committed the following overt acts in the Northern District of Texas and elsewhere:

    a. On or before February 5, 2017, Devaney obtained approximately 49.5 pounds of GHB from his source of supply;

    b. On February 5, 2017, David Devaney was arrested during a traffic stop and found to be in possession of approximately 49.5 pounds of GHB that was intended to be sold to others in the Northern District;

    c. In July 2018, Devaney was arrested and found to be in possession with a distribution amount of methamphetamine.

All in violation of 18 U.S.C. § 371.

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ Christopher R. Wolfe

CHRISTOPHER R. WOLFE
Assistant United States Attorney
Texas State Bar No. 24008294
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455