UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER

*U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 12 2018
CLERK, U.S. DISTRICT COURT
By _____
Deputy*

| | |
|---|---|
| Type hearing: | Guilty Plea at Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:17-CR-00187-Y |
| Defendant: | DAVID ALLEN DEVANEY, JR (01), Sworn |
| Court Reporter: | Ana Warren |
| Interpreter: | N/A |
| US Attorney: | Chris Wolfe-DOJ — Mike Worley |
| Defense Attorney: | Brian Daniel Poe |
| Time in Court: | 15 min. |
| Judge: | Magistrate Judge Hal R. Ray, Jr. |
| Date of hearing: | September 12, 2018 |
| Status: | DAVID ALLEN DEVANEY, JR (01) enters a plea of guilty as to count one charged in the one-count superseding information.<br>Deft TBS: 10:00 a.m. Select date here<br>PSI Referral Form to defendant's attorney.<br>Scheduling order to follow<br>Deft's detention continued. |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |