IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.   No. 4:17-CR-187-Y

DAVID ALLEN DEVANEY, JR. (01)

## CONSENT TO ADMINISTRATION OF GUILTY PLEA AND ALLOCUTION BY UNITED STATES MAGISTRATE JUDGE

I, David Allen Devaney, Jr., the defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Judge, who retains final decision making authority over the plea, and that sentencing will be conducted by the District Judge.

*Acquiescence in Consent:*

_____
Attorney for Defendant

*Consent:*

_____
Defendant

## ORDER

I, JEFFREY L. CURETON, United States Magistrate Judge for the Northern District of Texas, find that the Defendant knowingly and voluntarily waives his right to enter a guilty plea before the United States District Judge and that he has consented to proceeding with his plea of guilty before me.

SIGNED and ENTERED on this 12TH day of SEPTEMBER, 2018.

_____
HAL R. RAY, JR.
United States Magistrate Judge