IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.   4:17-CR-187-Y |
| DAVID ALLEN DEVANEY, JR. (01) | |

## GOVERNMENT'S NOTICE REGARDING ACCEPTANCE OF RESPONSIBILITY

The government files this motion regarding Acceptance of Responsibility pursuant to USSG § 3E1.1(b):

If the Court determines that the defendant is entitled to a reduction for Acceptance of Responsibility and that his offense level is 16 or greater, the government moves that the defendant receive an additional third point reduction for Acceptance of Responsibility pursuant to USSG § 3E1.1(b). The defendant assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

**Acceptance of Responsibility - Page 1**

Respectfully Submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

*s/ Christopher R. Wolfe*
CHRISTOPHER R. WOLFE
Assistant United States Attorney
Texas Bar No. 24008294
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:    817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2018, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: Brian Poe.

*s/ Christopher R. Wolfe*
CHRISTOPHER R. WOLFE
Assistant United States Attorney